**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-41610-EJC |
| Amy Jo L. Kaska | Chapter 13 |
| Debtor. | Judge Edward J. Coleman III |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

   Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE IV, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

  D. Anthony Sottile
  Authorized Agent for Partners for Payment Relief DE IV, LLC
  394 Wards Corner Road, Suite 180
  Loveland, OH 45140
  Phone: 513.444.4100
  Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: November 15, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Barbara B. Braziel, Debtor's Counsel
    bwbraziel@braziellaw.com

    O Byron Meredith, III, Chapter 13 Trustee
    ecfsav1@ch13sav.com

    Office of the United States Trustee
    ustpregion21.sv.ecf@usdoj.gov

I further certify that on November 15, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Amy Jo L. Kaska, Debtor
    206 Wood Duck Way
    Springfield, GA 31329

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com